THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD GLENN BLAKE, Alleged to be LARRY WAYNE BARNETT, Appellant, v GEORGE E. PATAKI, as Governor of the State of New York, Respondent.

Submitted June 22, 2009; decided September 1, 2009

Reported below, 57 AD3d 583.

Motion to vacate this Court's June 2, 2009 dismissal order granted [*see* 12 NY3d 911 (2009)].

KIRK SMITH, Appellant, v GARO ENTERPRISES, INC., et al., Defendants. CAROL RADIN et al., Nonparty Respondents.

Submitted June 1, 2009; decided September 1, 2009

Reported below, 60 AD3d 751.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DONALD G. STRADER, Respondent, v JOHN J. ASHLEY, JR., et al., Appellants, et al., Defendant.

Submitted June 15, 2009; decided September 1, 2009

Reported below, 61 AD3d 1244.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.